# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOI S
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  MICHAEL J SYKES | CASE NO: 07-06723 |
| GLADYS L SYKES | CHAPTER 13 |
| DEBTORS(S) | JUDGE: JACQUELINE P COX |

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   OCWEN LOAN SERVICING LLC

------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0008 | 0040044877 ARRS | $ 19,049.33 | $ 19,274.33 | $ 19,274.33 |

| | |
|---|---|
| Total Amount Paid the Trustee | $  19,274.33 |

------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 06th day of    July, 2012.

<u>Debtor(s)</u>

GLADYS L SYKES
MICHAEL J SYKES
1209 S 12TH AVE
MAYWOOD IL 60153-1963

<u>Debtors Attorney</u>

LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO IL 606042406

<u>Addtional Creditors</u>

LITTON LOAN SERVICING LP
% MCCALLA RAYMER
1544 OLD ALABAMA RD
ROSWELL GA 30076

<u>Additional Creditors</u>

LITTON LOAN SERVICING
% BRICE VANDER LINDEN & WERNIC
9441 LBJ FREEWAY
DALLAS TX 75243

<u>Mortgage Arrearage Creditor</u>

OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH FL 33416

Electronic Service US Trustee

Date: July 6, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603